No. 97–844. DISTRICT ATTORNEY OF BUCKS COUNTY ET AL. *v.* SMITH. C. A. 3d Cir. Certiorari denied.

No. 97–845. WARDEN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 97–851. LAWSON ET AL. *v.* UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–853. COWAN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–855. HARRIS ET AL. *v.* JOHNSON. Sup. Ct. Miss. Certiorari denied.

No. 97–856. GARCIA ET AL. *v.* REYES ET AL. Sup. Ct. Fla. Certiorari denied.

No. 97–860. OWNER-OPERATOR INDEPENDENT DRIVERS ASSN., INC., ET AL. *v.* BISSELL, MEMBER, TENNESSEE PUBLIC SERVICE COMMISSION, ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–863. TAI ANH PHAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–874. SCHNEIDER *v.* GEORGE A. HORMEL & CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–875. KAYMARK *v.* BOLEY. C. A. 3d Cir. Certiorari denied.

No. 97–876. BIRGEL *v.* BOARD OF COMMISSIONERS OF BUTLER COUNTY, OHIO. C. A. 6th Cir. Certiorari denied.

No. 97–881. MARCHON EYEWEAR, INC., ET AL. *v.* TURA LP ET AL. C. A. Fed. Cir. Certiorari denied.